UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
:
BENTHOS MASTER FUND, LTD.,             :
                                        :   Case No. 18-cv-9401
                     Petitioner,        :
                                        :   **AFFIDAVIT OF SERVICE**
          - against -                   :
                                        :
                                        :
AARON ETRA and                          :
JANE DOE, A/K/A "TRACY EVANS,"          :
                                        :
                     Respondents.       :
---------------------------------------- x

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

**STEVEN R. POPOFSKY,** being sworn, states as follows:

1.  I am not a party to the action, am over 18 years of age and reside in New York County, New York.

2.  On October 15, 2018, I served true and correct copies of (1) the Order to Show Cause signed by Judge P. Kevin Castel on October 15, 2018 at 4:47 p.m., (2) the Emergency Affidavit of Steven R. Popofsky sworn to October 15, 2018, (3) the Memorandum of Law in Support of Order to Show Cause, Temporary Restraining Order and Motion for Preliminary Injunction in Aid of Arbitration dated October 15, 2018, (4) the Petition for Preliminary Injunctive Relief in Aid of Arbitration dated October 15, 2018, and (5) the Declaration of Gerald Gee-Ho Fong dated October 15, 2018 and accompanying Exhibits 1 through 12, upon Respondents Aaron Etra ("Etra") and Jane Doe, a/k/a "Tracy Evans" ("Evans") by sending (as directed by the Court in the Order to Show Cause) the aforesaid papers by electronic mail

delivery to Etra and Evans at the email addresses from which Etra and Evans, respectively, have emailed Petitioner.

3. On October 16, 2018 I also served the aforesaid papers upon Etra (also as directed by the Court in the Order to Show Cause) by Federal Express by enclosing the papers in an envelope addressed to Etra at 445 Park Avenue, 9th Floor, New York, NY 10022, and depositing said envelope into the custody of Federal Express for overnight delivery, prior to the latest time designated by Federal Express for overnight delivery within the State of New York.

_____
Steven R. Popofsky

Sworn to before me this 16th day of October 2018

_____
Notary Public

REGINA DISTADIO
Notary Public, State of New York
No. 01DI6308601
Qualified in New York County
Commission Expires July 28, 2022