

October 17, 2018

The Honorable Judge Batts
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:  Benthos v. Etra and Evans 18CV9401
      Extension of time

Dear Judge Batts:

On October 15th at approximately 6pm I received by email an Order to Show Cause signed by your Honor on October 15th, to be served by October 17th with a Court Date of October 25th with answering papers due by October 22nd, and with a paragraph that said that I must submit certain information within 48 hours, which I believe would or could mean by October 17th at 5:48pm if the time of the email were the time to count the 48 hours from, and not counting instead the court date of October 25th.

To assure that I would not default, but needing time to respond and/or seek counsel on the matter, I called the pro see office at the Court and also spoke to the Clerk, and was told to send a letter to Your Honor requesting additional time to both prepare any responses and/or to find a Federal Court attorney, as I do not know nor have any at this moment.  I also have several other deadlines in unrelated matters that were set long before I received any notice of this case, including one that is due on November 9th.

I therefore respectfully request, if possible, that this case be adjourned until November 20th, and that both response papers [and/or one a combined response] be brought to the Court 3 days before the adjourned date to give petitioner's attorney the 3 days he requested in his Order to Show Cause.

I thank your Honor for your consideration of my request.

Respectfully,

Tracy Evans
respondent
(212) 228-4507