

Writer's E-Mail: spopofsky@kkwc.com
Writer's Direct Dial: 212.880.9882

October 18, 2018

Hon. Deborah A. Batts
United States District Judge, Southern District of New York
500 Pearl Street, Courtroom 24B
New York, NY 10007

Re: <u>**Benthos v. Etra and Evans, Case No. 18-cv-9401 (DAB)**</u>

Dear Judge Batts:

I represent Petitioner in the above proceeding, and write to make three points in response to the letter of respondent Tracy Evans dated October 17, 2018. Preliminarily, Ms. Evans misreads the Order to Show Cause (Dkt. 4), which did not require anything to be done within 48 hours of October 15. Rather, the Order requires that Respondents file opposition papers, if any, by October 22, a full week after having been served, and appear in court on October 25.

Second, Ms. Evans had been in virtually daily contact with my client's principals for several weeks prior to the filing of the Petition, orchestrating a fraudulent scheme in which she and her co-Respondent refused to reveal the whereabouts of Petitioner's escrowed $5 million; concealed information about the recipients of that money; and strung Petitioner along with a series of false representations, all as detailed in the Petition (Dkt. 1). The notion that now, all of a sudden, she is too busy to address the matter of Petitioner's missing $5 million is neither credible nor worthy of accommodation.

Third, Ms. Evans has been working, again on a daily basis, with her co-respondent Escrow Agent Aaron Etra, a New York lawyer represented by another New York lawyer, and indeed she suggests in her last substantive paragraph that they may intend to submit "a combined response." She is engaged (apart from the fraud) in sophisticated cryptocurrency transactions and is most certainly able to obtain legal representation promptly.

Accordingly, Petitioner opposes any extension of time, the request for which is just another stalling tactic while Respondents continue to conceal (and frustrate Petitioner's ability to ultimately recover) Petitioner's missing $5 million. <u>As recognized by Judge Castel, this is an emergency situation</u>. Thank you.

Respectfully yours,

Steven R. Popofsky

Kleinberg, Kaplan, Wolff & Cohen, P.C. · 551 Fifth Avenue, New York, NY 10176 · P: 212.986.6000 · www.kkwc.com

