UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
:
BENTHOS MASTER FUND, LTD., :
: Case No. 18-cv-9401
                         Petitioner, :
: **AFFIDAVIT OF SERVICE**
       - against - :
:
:
AARON ETRA and :
JANE DOE, A/K/A "TRACY EVANS," :
:
                       Respondents. :
------------------------------------- x

STATE OF NEW YORK     )
                                ) ss.:
COUNTY OF NEW YORK  )

        **JOSHUA K. BROMBERG,** being sworn, states as follows:

        1.     I am not a party to the action, am over 18 years of age and reside in New York County, New York.

        2.     On October 18, 2018, I served a true and correct copy of the letter from Steven R. Popofsky to the Honorable Deborah A. Batts dated October 18, 2018, filed as Docket No. 6 in the above-captioned proceeding, by electronic mail delivery to Respondents Etra and Evans at the email addresses from which Etra and Evans, respectively, have emailed Petitioner.

                                                                                       _____
                                                                                          Joshua K. Bromberg

Sworn to before me this 19th
day of October 2018

_____
Notary Public

REGINA DISTADIO
Notary Public, State of New York
No. 01DI6308601
Qualified in New York County
Commission Expires July 28, 2022

1