```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
Benthos Master Fund, Ltd.,

                Plaintiff,

       v.                                    18-CV-9401 (DAB)
                                                 ORDER
Etra et al.,

                Defendants.
-----------------------------------------X
```
DEBORAH A. BATTS, United States District Judge.

Defendants seek an adjournment of the Preliminary Injunction hearing from October 25, 2018 in order to obtain counsel. Plaintiff's counsel opposes. The Temporary Restraining Order is extended until November 15, 2018 at 2:30 p.m., at which time the Preliminary Injunction hearing shall go forward. Defendants shall obtain counsel prepared to proceed on November 15, 2018, or the case shall proceed with Defendants pro se. Defendants shall submit all information ordered in the Temporary Restraining Order on or before Friday, October 26, 2018 at 5:00 p.m. The Temporary Restraining Order restraining Defendants from removing or transferring any additional funds remains in full effect until November 15, 2018 at 2:30 p.m.

SO ORDERED.

DATED:   October 19, 2018
         New York, NY

                                       _____
                                               Deborah A. Batts
                                         United States District Judge