

<div style="text-align: right">
*Direct Dial: 212.880.9882*
*E-Mail: spopofsky@kkwc.com*
</div>

October 19, 2018

**BY ECF**

Hon. Deborah A. Batts
United States District Judge, Southern District of New York
500 Pearl Street, Courtroom 24B
New York, NY 10007

    Re:  **Benthos v. Etra and Evans, Case No. 18-cv-9401 (DAB)**

Dear Judge Batts:

    I represent Petitioner in the above proceeding, and write to respectfully request clarification regarding the order issued by Your Honor today (Dkt. 8) adjourning to November 15, 2018 the Preliminary Injunction hearing scheduled in the Order to Show Cause issued by the Honorable P. Kevin Castel on October 15, 2018 (Dkt. 6).

    Although Your Honor's order states that "Defendants [plural] seek an adjournment of the Preliminary Injunction hearing from October 25, 2018 in order to obtain counsel[,]" that request (Dkt. 5) was made by Respondent Tracy Evans only. The other Respondent, Aaron Etra, is a New York attorney who has been represented in this transaction (although not yet in this proceeding) by another New York attorney. Mr. Etra did not seek an adjournment and – for that reason and the reason addressed below – there is no ground for the hearing to be adjourned with respect to Mr. Etra.

    Importantly, the information that Petitioner seeks from Mr. Etra, the Escrow Agent to whom Petitioner entrusted its $5 million – which Mr. Etra has disbursed to places and persons unknown and whose identities he continues to conceal – is urgently needed to ensure Petitioner's ability to locate and ultimately recover the $5 million. Petitioner cannot afford to wait until mid-November to receive that information, while Mr. Etra's unknown distributees may have free rein to further dissipate the funds during that period, and it cannot be that this Escrow Agent and fiduciary can take another month to answer basic questions about the whereabouts of Petitioner's $5 million. We are confident that was not the Court's intention.

    In that regard, it does appear that the Court intended to require Respondents to disclose the critical information sought in the Order to Show Cause "on or before Friday, October 26, 2018 at 5:00 p.m." However, respectfully, we submit that today's Order, requiring Respondents to "submit all information ordered *in the Temporary Restraining Order* [emphasis added]. . .," can be read not to require Mr. Etra to disclose the information sought in paragraphs 2-4 of the Order to Show Cause, because arguably "the Temporary Restraining Order" required disclosure of no information, and only restrained Respondents from further disbursing the $5 million, if

Case 1:18-cv-09401-DAB    Document 9    Filed 10/19/18    Page 2 of 2



Hon. Deborah A. Batts
October 19, 2018
Page 2

they still control it (which we do not know and which Mr. Etra has concealed). Respondents may, on that basis, flout the apparent intention of Your Honor's order by refusing to provide any information at all prior to November 15.

We therefore respectfully request clarification of that portion of the Court's order, to the extent of making clear that if the entire hearing is to be adjourned until November 15, Mr. Etra must provide, by October 26 at 5pm, the information sought in paragraphs 2-4 of the Order to Show Cause. In the alternative, any adjournment should be denied as to Mr. Etra, and he should be required to submit papers on the 22nd and appear on the 25th, both as previously directed by Judge Castel.

I am available at the Court's convenience to address this matter further by telephone or otherwise. Thank you.

Respectfully yours,

Steven R. Popofsky

382101.2 - 10/19/18