UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ x
:
BENTHOS MASTER FUND, LTD., :
: Case No. 18-cv-9401
Petitioner, :
: **AFFIDAVIT OF SERVICE**
- against - :
:
:
AARON ETRA and :
JANE DOE, A/K/A "TRACY EVANS," :
:
Respondents. :
------------------------------------------------ x

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

**JOSHUA K. BROMBERG,** being sworn, states as follows:

1. I am not a party to the action, am over 18 years of age and reside in New York County, New York.

2. On October 19, 2018, I served a true and correct copy of the letter from Steven R. Popofsky to the Honorable Deborah A. Batts dated October 19, 2018, filed as Docket No. 9 in the above-captioned proceeding, by electronic mail delivery to Respondents Etra and Evans at the email addresses from which Etra and Evans, respectively, have emailed Petitioner.

_____
Joshua K. Bromberg

Sworn to before me this 19th
day of October 2018

_____
Notary Public

IWONA CEGIELSKI
Notary Public, State of New York
No. 24-4992506
Qualified in Kings County
Certificate Filed in New York County
Commission Expires Feb. 24, 20__

1