UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x

BENTHOS MASTER FUND, LTD.,

                      Petitioner,

- against -

AARON ETRA and
JANE DOE, A/K/A "TRACY EVANS,"

                      Respondents.
---------------------------------------- x

Case No. 18-cv-9401

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                                ) ss.:
COUNTY OF NEW YORK  )

        **JOSHUA K. BROMBERG,** being sworn, states as follows:

        1.     I am not a party to the action, am over 18 years of age and reside in New York County, New York.

        2.     On October 29, 2018, I served a true and correct copy of the letter from Steven R. Popofsky to the Honorable Deborah A. Batts dated October 29, 2018, filed as Docket No. 11 in the above-captioned proceeding, by electronic mail delivery to Respondents Etra and Evans at the email addresses from which Etra and Evans, respectively, have emailed Petitioner.

                                                                    Joshua K. Bromberg

Sworn to before me this 29th
day of October 2018

_____
Notary Public

REGINA DISTADIO
Notary Public, State of New York
No. 01DI6308601
Qualified in New York County
Commission Expires July 28, 2022

1