# **Exhibit B**

18V 9401

ANSWER TO QUESTIONS in OSC

FROM TRACY EVANS

Benthos Master Fund v. Etra and Evans

QUESTION 2

a.   Tracy Evans spelt with ie or y.

b.   2 Clara Court, Cortlandt Manor, NY 10567

c.   self employed –use my own name

d.   212-228-4507

e.   tracy7111@gmail.com is the email I use for the transactions. In the past before I was told I was being hacked, I used tracieevans@gmail.com, but stopped using that for anything important, and since May or June 2018 prior to Benthos, use tracy7111 since then.

QUESTION 5

a.   Dmitri Kaslov, this is the only name that I have ever known him as.
During the years, he has been in UK, Dubai, and Moscow. I used the UK number that he gave me +44 1173253719. I believe he has a Dubai number while he gave me when he was in Dubai, He had several heart surgeries that affected his voice strength, so we have not communicated by telephone during this time, but the UK number is the last number I have spoken to him on, and the same number I spoke to him since we worked with Valkrie LLC, the seller in the Benthos Contract. The contract we had with Mr. Kaslov with not with Benthos but the other company, Valkrie, LLC.
Email: Dmitri64-dmitri@mail.ru

b.   Ming Huang Le, Storage Facilitator for Dmitri Kaslov's BTC assets.

c.   Do not know of any other recipient as he is the only one we are working with for Ms. Kaslov

d.   Citibank is where they were sent from to Mr. Hoang at his assigned account for that transaction.

Tracy Evans 11/14/18