# Exhibit C

# Joshua K. Bromberg

| | |
|---|---|
| **From:** | Aaron Etra <aaron@etra.com> |
| **Sent:** | Monday, November 19, 2018 8:44 AM |
| **To:** | Steven Popofsky |
| **Cc:** | Joshua K. Bromberg; michaelhess118@gmail.com; Tracy Evans |
| **Subject:** | FW: Answer to the Questions in the 18 CV 9401 OSC Order |
| **Attachments:** | Etra Answer to 18 CV 9401 OSC Questions20181119_00462286.pdf; INSTRUCTIONS FOR TRANSERS 4 WIRES.pdf; Correspondence of Aaron Etra relevant to Benthos escrow funds20181117_23302839.pdf; Transfers of Benthos escrow funds20181117_23225094.pdf |

Mr. Popofsky,

I am attaching my answer to all the questions Judge Batts has ordered to be provided (with supporting material) and I am doing so before 10.00am on November 20, 2018.

I am reserving all rights and remedies afforded in the agreements entered into by Benthos Master Funds, Ltd. on August 1 and August 2, 2018 with Valkyrie Group LLC and myself, as Escrow Agent and applicable law.

Best,

Aaron Etra, Esq., as Escrow Agent
445 Park Avenue- 9th Floor
New York, NY 10022
Tel. +1-917-856-3500
Skype: indeva