# **Exhibit D**

Case # 18V 9401—USDC, Southern District of New York

Benthos Master Fund, Ltd. v. Aaron Etra and Jane Doe, A/K/A "Tracy Evans"

Honorable Judge Deborah A. Batts, Coutroom 24B, 500 Pearl Street, New York, NY

ANSWER TO QUESTIONS in OSC REQUESTED OF AARON ETRA [QUESTIONS 1, 2, 3, 4—2 pages]:

QUESTION 1:  No transfer was made.

QUESTION 2

a.      HK Zhixuan Trading Limited

b.      $3,000,000 was transferred on August 7, 2018

        $250,000 was transferred on August 9, 2018 (which was returned on August 28, 2018)

        $1,600,000 was transferred on August 24, 2018

c.      Written instructions for $3,000,000, $250,000, and $1,600,000 are attached

        Remaining $400,000 left in account was transferred to Benthos law firm (Instruction also attached)

d.      One $3,000,000 on 8/7/18; One is for $250,000 on 8/9/18 [returned on 8/28/18];

        One is for $1,600,000 8/24; Final one is for $400,000 to Benthos Law firm on 11/15/18.

e.      HK Zhixuan Trading Limited, First City, and Benthos Law Firm.

        [see attached instructions for each wire]

f. and g.      Not aware of any subsequent recipients.

.

QUESTION 3

a.      Tracy Evans

b.      2 Clara Court, Cortlandt Manor, NY 10567

c.      she works for herself; self employed

d.      212-228-4507

e.   current email: tracy7111@gmail.com since May 2018;. prior email  tracieevans@gmail.com

(CONTINUED)---page 2


### QUESTION 4

a.   See attached emails.

b.   Dmitri Kaslov,
     Office address is Oktyabr'skiy Prospekt, kups1,112, Lyubertsy, Moskovskaya Oblast', Russia, 140002,
     Home address at Lennisky Propest Dom 67/2 Ent 3, Kw 107. Moskovskaya Oblast', Russia
     Tel.:+44 1173253719.
     dmitri64-dmitri@mail.ru

c.   Ming Huang Lo, Storage Facilitator
     HK Zhixuan Trading Limited,
     Unit B, 6/F, Chemung Lee Industrial Building, 9 Chemung Lee Street,
     Chairman Wan, Hong Kong 990777.
     Tel: +44 870 945 2881
     Minh Hoang Le <lemunhhoangh06@gmail.com>

.

                                                                                    _____
                                                                                    Aaron Etra 11/19/18