# **Exhibit E**

INSTRUCTIONS TO AARON ETRA, ESQ., ESCROW AGENT, FOR TRANSACTION CODES:
**CDKTEBPA073118XXX AND CDKTEBPA073118SUB**

Dear Attorney Aaron Etra:

Pursuant to transaction codes **CDKTEBPA073118XXX AND CDKTEBPA073118SUB, please transfer a total of**
$3,000,000.00 [three million dollars] of the $5,000,000.00 (five million dollars) of funds you have received in your attorney IOLA account to the banking coordinates listed below, for the benefit of my colleagues who are responsible, under my direction, for the first initial asset management steps called for in said agreements

| COMPANY NAME: | HK ZHIXUAN TRADING LIMITED |
|---|---|
| ADDRESS: | AC Address: Unit B, 6/F, Chemung Lee Industrial building, 9 Chemung Lee Street, Chairman Wan, Hong Kong 999077 |
| ACCOUNT NAME: | HK ZHIXUAN TRADING LIMITED |
| ACCOUNT USD | Redacted 8201 |
| BANK NAME: | CHINA CITIC INTERNATIONAL LIMITED |
| BANK ADDRESS: | 61-65 DES VOEUX ROAD<br><br>CENTRAL HONG KONG |
| SWIFT CODE: | KWHKHKHH |
| BANK OFFICER: | Zoe Lau & Joanne Lai |
| TELEPHONE NUMBER: | +852 2287 6767 |

Thank you for the timely attention to this request.

Respectfully submitted,

*[signature]*

DMITRI KASLOV        7 August 2018

INSTRUCTIONS TO AARON ETRA, ESQ., ESCROW AGENT, FOR TRANSACTION CODES:
**CDKTEBPA073118XXX AND CDKTEBPA073118SUB**

Dear Attorney Aaron Etra:

Pursuant to transaction codes **CDKTEBPA073118XXX AND CDKTEBPA073118SUB, please transfer a total of**
$250,000.00 [two hundred fifty thousand dollars] of the $5,000,000.00 (five million dollars) of funds you have received in your attorney IOLA account to the banking coordinates listed below, for the benefit of my colleagues who are responsible, under my direction, for the first initial asset management steps called for in said agreements

| COMPANY NAME: | FIRST CITY |
|---|---|
| ADDRESS: | FIRST CITY TOWER<br>1001 FANNIN STREET<br>HOUSTON, TX 77002 |
| ACCOUNT NAME: | FIRST CITY |
| ACCOUNT USD | Red 7918 |
| BANK NAME: | CITIBANK |
| BANK ADDRESS: | NEW YORK, NY |
| ABA NUMBER | 021000089 |
| SPECIAL INSTRUCTIONS: | INVICTUS AGRO BUSINESS LTD<br>Redact 8021 |
| TELEPHONE NUMBER: | + |

Thank you for the timely attention to this request.

Respectfully submitted,

_____
DMITRI KASLOV         9 August 2018

INSTRUCTIONS TO AARON ETRA, ESQ., ESCROW AGENT, FOR TRANSACTION CODES:
**CDKTEBPA073118XXX AND CDKTEBPA073118SUB**

Dear Attorney Aaron Etra:

Pursuant to transaction codes **CDKTEBPA073118XXX AND CDKTEBPA073118SUB, please transfer a total of**
$1,600,000.00 [one million six hundred thousand dollars] of the $5,000,000.00 (five million dollars) of funds you have received in your attorney IOLA account to the banking coordinates listed below, for the benefit of my colleagues who are responsible, under my direction, for the first initial asset management steps called for in said agreements

| | |
|---|---|
| **COMPANY NAME:** | HK ZHIXUAN TRADING LIMITED |
| **ADDRESS:** | AC Address: Unit B, 6/F, Chemung Lee Industrial building, 9 Chemung Lee Street, Chairman Wan, Hong Kong 999077 |
| **ACCOUNT NAME:** | HK ZHIXUAN TRADING LIMITED |
| **ACCOUNT USD** | Redacted 8201 |
| **BANK NAME:** | CHINA CITIC INTERNATIONAL LIMITED |
| **BANK ADDRESS:** | 61-65 DES VOEUX ROAD<br><br>CENTRAL HONG KONG |
| **SWIFT CODE:** | KWHKHKHH |
| **BANK OFFICER:** | Zoe Lau & Joanne Lai |
| **TELEPHONE NUMBER:** | +852 2287 6767 |

Thank you for the timely attention to this request.

Respectfully submitted,

_____
DMITRI KASLOV          24 August 2018

Main Menu>Transfers and Payments> Help

# Set up a wire transfer

Set Up Another Wire

## Wire Instruction Confirmation

Thank you for your request. Your transaction is still pending..

All transactions are subject to routine review and approval before they can be released. No further action is required from you at this time. Should we require more information in order to approve the transfer, we will contact you by telephone. If we are unable to reach you, or if your transaction cannot be approved for other reasons, we will notify you.

**Status: Processed** - Confirmation Number is 20183190832370.

### Source Account

Account: ******8687 (Checking)

### Scheduling

Immediately upon approval

### Destination

Saved as Model: Kleinberg,Kaplan,Wolff & Cohen, PC

Amount: $400,000.00
Beneficiary: Kleinberg,Kaplan,Wolff & Cohen, PC
551 Fifth Avenue
New York, NY 10176
Phone: 212-880-9882
Account: [Redacted]804
Bank: CITIBANK, N.A. (ABA: 021000089)
New York, NY
Special Instructions: FOR ECROW IIOLA ACCOUNT
Benthos Escrow

Save as Model

Set up another Wire

Citibank, N.A. Member FDIC. Terms and conditions of accounts, products and services are subject to change.

https://businessaccess.citibank.citigroup.com/cbusol/signon/startS.action 1/2

## Completed Wires

### Completed Wire Detail

| | |
|---|---|
| Source Account | ******8687 (Checking) |
| Amount | $3,000,000.00 |
| Beneficiary | HK ZHIXUAN TRADING LIMITED<br>UnitB6/FChemungLeeIndBldg9ChemungLee<br>Chairman Wan |
| Beneficiary Account | Redacted 8201 |
| Bank | CHINA CITIC BANK INTERNATIONAL<br>61-65 DES VOEUX ROAD CENTRAL<br>HONG KONG<br>HONG KONG |
| SWIFT | KWHKHKHH |
| Special Instructions | From: Aaron Etra, Esq.<br>Instructions of D. Kaslov |
| Date | 08/07/2018 |
| Federal Reference Number | |
| Global Reference Number | G0182192177101 |
| Citibank Reference Number | 2190277246 |
| Customer Reference Number | |
| Additional Reference | |
| Set up by | aaron etra |
| Approved By | aaron etra |

< Back

Citibank, N.A. Member FDIC. Terms and conditions of accounts, products and services are subject to change.

citi
Citi.com

Terms & Conditions



https://businessaccess.citibank.citigroup.com/cbusol/signon/startS.action     1/2

Main Menu>Transfers and Payments>  Help

## Completed Wires

### Completed Wire Detail

| Source Account | ******8687 (Checking) |
|---|---|
| Amount | $250,000.00 |
| Beneficiary | First City<br>First City Tower<br>1001 Fannin Street<br>Houston, TX 77002 |
| Beneficiary Account | Reda 7918 |
| Bank | CITIBANK, N.A.<br>New York, NY |
| Destination ABA | 021000089 |
| Special Instructions | INVICTUS AGRO BUSINESS LTD-5319068021 |
| Date | 08/09/2018 |
| Federal Reference Number | |
| Global Reference Number | G0182212234301 |
| Citibank Reference Number | 2210244503 |
| Customer Reference Number | |
| Additional Reference | |
| Set up by | aaron etra |
| Approved By | aaron etra |

< Back

Citibank, N.A. Member FDIC. Terms and conditions of accounts, products and services are subject to change.

citi
Citi.com


Terms & Conditions
Copyright © 2018 Citigroup Inc.

## Completed Wires

### Completed Wire Detail

| | |
|---|---|
| Source Account | ******8687 (Checking) |
| Amount | $1,600,000.00 |
| Beneficiary | HK ZHIXUAN TRADING LIMITED<br>UnitB6/FChemungLeeIndBldg9ChemungLee<br>Chairman Wan |
| Beneficiary Account | Redacted 8201 |
| Bank | CHINA CITIC BANK INTERNATIONAL<br>61-65 DES VOEUX ROAD CENTRAL<br>HONG KONG<br>HONG KONG |
| SWIFT | KWHKHKHH |
| Special Instructions | From: Aaron Etra, Esq.<br>Instructions of D. Kaslov |
| Date | 08/24/2018 |
| Federal Reference Number | |
| Global Reference Number | G0182363940401 |
| Citibank Reference Number | 2360658693 |
| Customer Reference Number | |
| Additional Reference | |
| Set up by | aaron etra |
| Approved By | aaron etra |

< Back

Citibank, N.A. Member FDIC. Terms and conditions of accounts, products and services are subject to change.

citi
Citi.com



Terms & Conditions

https://businessaccess.citibank.citigroup.com/cbusol/signon/startS.action   1/2

Main Menu>Transfers and Payments>                                                                                        Help

## Completed Wires

### Completed Wire Detail

| Source Account | ******8687 (Checking) |
|---|---|
| Amount | $400,000.00 |
| Beneficiary | Kleinberg, Kaplan, Wolff & Cohen, PC<br>551 Fifth Avenue<br>New York, NY 10176 |
| Beneficiary Account | Red 8804 |
| Bank | CITIBANK, N.A.<br>New York, NY |
| Destination ABA | 021000089 |
| Special Instructions | FOR ECROW iIOLA ACCOUNT<br>Benthos Escrow |
| Date | 11/15/2018 |
| Federal Reference Number | |
| Global Reference Number | G0183194549501 |
| Citibank Reference Number | 3190837170 |
| Customer Reference Number | |
| Additional Reference | |
| Set up by | aaron etra |
| Approved By | aaron etra |

< Back

Citibank, N.A. Member FDIC. Terms and conditions of accounts, products and services are subject to change.

citi
Citi.com



Terms & Conditions
Copyright © 2018 Citigroup Inc.