# **<u>Exhibit F</u>**

**Aaron Etra**

| | |
|---|---|
| **From:** | Gerald Fong <gerald@benthoscap.com> |
| **Sent:** | Friday, August 17, 2018 5:58 PM |
| **To:** | Aaron Etra |
| **Cc:** | Brandon Austin; Hugh Austin; Tracy Evans |
| **Subject:** | Re: Transfers from BTC Escrow |

Great, thank you.

On Fri, Aug 17, 2018 at 2:05 PM Aaron Etra <aaron@etra.com> wrote:

Dear Gerald,

Thank you for your call.

Per your request on the call, I confirm that two transfers have been made to date, per instructions, from the $5 Million received in escrow: one of $3 Million and one of $250,000, leaving $1,750,000 remaining in escrow.

Best,

Aaron

Aaron Etra, Esq., as Escrow Agent

445 Park Avenue- 9th Floor

New York, NY 10022

Tel. +1-917-856-3500

Skype: indeva

1

**Aaron Etra**

| | |
|---|---|
| **From:** | Aaron Etra <aaron@etra.com> |
| **Sent:** | Friday, August 17, 2018 5:05 PM |
| **To:** | Gerald Fong (gerald@benthoscap.com) |
| **Cc:** | Hugh Austin (haustin@valhallaventuregroup.com); Brandon Austin (baustin@smallcapnation.com); Tracy Evans (tracyevans7111@gmail.com) |
| **Subject:** | Transfers from BTC Escrow |

Dear Gerald,

Thank you for your call.

Per your request on the call, I confirm that two transfers have been made to date, per instructions, from the $5 Million received in escrow: one of $3 Million and one of $250,000, leaving $1,750,000 remain ing in escrow.

Best,

Aaron

Aaron Etra,  Esq., as Escrow Agent
445 Park Avenue- 9th Floor
New York, NY 10022
Tel. +1-917-856-3500
Skype: indeva

**Aaron Etra**

| | |
|---|---|
| **From:** | Mihir Deo <mihir@benthoscap.com> |
| **Sent:** | Monday, August 6, 2018 9:11 AM |
| **To:** | Aaron Etra |
| **Cc:** | Brandon Austin; Gerald Fong; Tracy Evans |
| **Subject:** | Re: Benthos (Buyer) KYC AML |

Hi folks,

Please see attached screenshot of the wire confirmation for $5M this morning. The wire is coming from Silvergate Bank (the same bank that was listed in the CIS).

Thanks,

Mihir



On Sun, Aug 5, 2018 at 6:59 PM, Aaron Etra <aaron@etra.com> wrote:

Much appreciate this clarification and update, Mihir.

Looking forward to receiving the wire confirmation tomorrow.

Best,

Aaron

1

**Aaron Etra**

| | |
|---|---|
| **From:** | Aaron Etra <aaron@etra.com> |
| **Sent:** | Monday, August 6, 2018 11:36 AM |
| **To:** | 'Mihir Deo' |
| **Cc:** | 'Brandon Austin'; 'Gerald Fong'; 'Tracy Evans' |
| **Subject:** | RE: Benthos (Buyer) KYC AML |

Dear Mihir,

I am pleased to confirm receipt of the $5 Million transfer.

With thanks and best regards,

Aaron

Aaron Etra, Esq.
445 Park Avenue- 9th Floor
New York, NY 10022
Tel. +1-917-856-3500
Skype: indeva

**From:** Mihir Deo [mailto:mihir@benthoscap.com]
**Sent:** Sunday, August 5, 2018 8:10 PM
**To:** Aaron Etra
**Cc:** Brandon Austin; Gerald Fong; Tracy Evans
**Subject:** Re: Benthos (Buyer) KYC AML

Thanks Aaron-

Our process with our bank is a bit different; we don't need our banker to approve and set up wires, we have a
fund administrator and myself dually approve the wire.

I'll be sending wire instructions to our fund administrator tonight and will be on the phone with them to approve
the wire at 8am EST tomorrow. If there are any time delays it would be if our fund admin is assisting other
clients, but if not we should be able to send the wire before 9am and I can send you the wire confirmation
details after the wire is sent.

Looking forward to tomorrow.

-Mihie

On Sat, Aug 4, 2018 at 7:18 PM Aaron Etra <aaron@etra.com> wrote:

Mihir,

Thank you for completing the requested KYC on behalf of Benthos Master Fund.

1

I take pleasure in attaching a copy of the fully executed agreement along with thanks to you and your Benthos colleagues for the cooperation which has taken us to this important point and to which I look forward in working together for the full implementation of the transaction.

Please have your bank which will be sending the initial $5 Million (whose name and whose bankers contact details would be appreciated- if they are other than those on the submitted CIS) pre-advise me by email on Monday and send me a copy of the transfer documentation. We will no doubt also be in touch on Monday in respect of the agreed 9.00am BTC price-fixing, but that number does not impact the fixed $5 Million sum that is to be sent.

With thanks and best regards,

Aaron

Aaron Etra, Esq.

445 Park Avenue- 9th floor

New York, NY 10022

Tel. +1-917-856-3500

Skype: indeva

**From:** Mihir Deo [mailto:mihir@benthoscap.com]
**Sent:** Saturday, August 4, 2018 7:58 PM

**To:** Aaron Etra
**Cc:** Brandon Austin; Gerald Fong; Tracy Evans
**Subject:** Re: Benthos (Buyer) KYC AML

Aaron, please disregard the previous attachment. That is for our feeder fund. I have attached it for our Master fund.

On Sat, Aug 4, 2018 at 4:44 PM, Mihir Deo <mihir@benthoscap.com> wrote:

I have attached a previous board resolution giving Gerald the Power of Attorney over all transactions involving digital assets for our Master Fund. I think this should suffice.

## Aaron Etra

| | |
|---|---|
| **From:** | Aaron Etra <aaron@etra.com> |
| **Sent:** | Thursday, August 16, 2018 9:05 AM |
| **To:** | Gerald Fong (gerald@benthoscap.com); Mihir Deo (mihir@benthoscap.com); Hugh Austin (haustin@valhallaventuregroup.com); Brandon Austin (baustin@smallcapnation.com); Tracy Evans (tracyevans7111@gmail.com) |
| **Subject:** | Nostra Culpa |

Gerald, Mihir, Hugh, Brandon & Tracy,

We are all responsible for not realizing the consequences of asking Dmitri to agree to pegging the BTC price to the time of delivery without adapting the fixed payment formula to ensure that enough funds would be available to meet Dmitri's stated need for sufficient funds to enable him to obtain release, of at least 1,000 BTC at any one time. The request was made and granted in good faith and none of us was wise enough to think through what should have also been done if the first payment was a fixed sum rather than to be recalculated at the time the price was set.

Having taken a very open book approach to this transaction and wanting all to come out well, which is both achievable and desirable, let us resolve to continue to work together in undertaking what needs to be done in that spirit. I am committed to do so.

With thanks and best regards (from Central Europe),

Aaron

Aaron Etra, Esq.
445 Park Avenue- 9th Floor
New York, NY 10022
Tel. +1-917-856-3500
Skype: indeva

## Aaron Etra

| | |
|---|---|
| **From:** | Aaron Etra <aaron@etra.com> |
| **Sent:** | Saturday, August 18, 2018 3:02 AM |
| **To:** | 'Gerald Fong' |
| **Cc:** | 'Brandon Austin'; 'Hugh Austin'; 'Tracy Evans' |
| **Subject:** | RE: Transfers from BTC Escrow |

Hi Gerald,

Dmitri was asked to make this second transfer to a domestic U.S. destination while the first international transfer had yet to arrive.

Best,

Aaron

**From:** Gerald Fong [mailto:gerald@benthoscap.com]
**Sent:** Friday, August 17, 2018 7:39 PM
**To:** Aaron Etra
**Cc:** Brandon Austin; Hugh Austin; Tracy Evans
**Subject:** Re: Transfers from BTC Escrow

Hey Aaron,

One additional followup question -- what was the purpose of the second transfer (the $250,000 one)? We were previously only aware of the first one.

Thanks,
Gerald

On Fri, Aug 17, 2018 at 3:43 PM, Aaron Etra <aaron@etra.com> wrote:

You are very welcome and regards from Zagreb,


Aaron


**From:** Gerald Fong [mailto:gerald@benthoscap.com]
**Sent:** Friday, August 17, 2018 5:58 PM
**To:** Aaron Etra
**Cc:** Brandon Austin; Hugh Austin; Tracy Evans
**Subject:** Re: Transfers from BTC Escrow


Great, thank you.

1

On Fri, Aug 17, 2018 at 2:05 PM Aaron Etra <aaron@etra.com> wrote:

Dear Gerald,

Thank you for your call.

Per your request on the call, I confirm that two transfers have been made to date, per instructions, from the $5 Million received in escrow: one of $3 Million and one of $250,000, leaving $1,750,000 remain ing in escrow.

Best,

Aaron

Aaron Etra,  Esq., as Escrow Agent

445 Park Avenue- 9th Floor

New York, NY 10022

Tel. +1-917-856-3500

Skype: indeva

**Aaron Etra**

| | |
|---|---|
| **From:** | Gerald Fong <gerald@benthoscap.com> |
| **Sent:** | Saturday, August 25, 2018 1:23 PM |
| **To:** | Aaron Etra |
| **Cc:** | Brandon Austin; Hugh Austin; John Austin; Mihir Deo; Tracy Evans |
| **Subject:** | Re: FW: BTC Transaction IMPORTANT UPDATE. |

Hi Aaron,

Hope you are having a good day. Since you were able to send the wire yesterday, when can we expect the coin to be released? In the previous email, you let us know that the storage representative would use his best efforts to secure the delivery of BTC within 16-18 hours of the initiation of the wire of the remaining funds. Does that mean coin will be sent over the weekend? We are curious so we can make preparations on our end.

We are eager to complete this first transaction and proceed to the next tranche as soon as possible.

- Gerald

On Fri, Aug 24, 2018 at 1:36 PM Aaron Etra <aaron@etra.com> wrote:

Dear Tracy (on behalf of Dmitri Kaslov), Gerald and Brandon,


Dmitri enabled Tracy and me to speak with the transfer storage representative he named to discuss what might be done to enable the delivery of BTC from Dmitri's wallet to Brandon's wallet, notwithstanding the lack of available additional funds.


After some discussion, the gentleman said that he would use his best efforts to secure the delivery of BTC from Dmitri's wallet to Brandon's wallet within some 16-18 hours if funds currently held in escrow were wired today. Dmitri has instructed me to do so and I am writing to all persons concerned in the transaction to ensure, in advance, that all are alerted and that there is no objection from anyone to my doing so, even though this procedure and any instructions or other communication from anyone other than Dmitri is not required by the arrangements in place and because nobody has brought forward additional funds..


Please be good enough to continue to cooperate with the efforts bring this transaction to the best conclusion possible, including by communicating with me, if you wish to provide input, by return of email (in light of the short time available to instruct the wire). .


With thanks and best regards,


Aaron

**Aaron Etra**

| | |
|---|---|
| **From:** | Aaron Etra <aaron@etra.com> |
| **Sent:** | Saturday, August 25, 2018 5:25 PM |
| **To:** | 'Gerald Fong' |
| **Cc:** | 'Brandon Austin'; 'Hugh Austin'; 'John Austin'; 'Mihir Deo'; 'Tracy Evans' |
| **Subject:** | RE: FW: BTC Transaction IMPORTANT UPDATE. |

Hi Gerald,

It is nice being with family,  thanks.

Yes, the bank was extremely cooperative with me as has been the transfer storage people been with Dmitri. We will see the fruits of their best efforts in the business days ahead.

Let us continue the collaboration necessary to complete the first tranche and learn its lessons for future tranches.

Best,

Aaron


**From:** Gerald Fong [mailto:gerald@benthoscap.com]
**Sent:** Saturday, August 25, 2018 1:23 PM
**To:** Aaron Etra
**Cc:** Brandon Austin; Hugh Austin; John Austin; Mihir Deo; Tracy Evans
**Subject:** Re: FW: BTC Transaction IMPORTANT UPDATE.

Hi Aaron,

Hope you are having a good day. Since you were able to send the wire yesterday, when can we expect the coin to be released? In the previous email, you let us know that the storage representative would use his best efforts to secure the delivery of BTC within 16-18 hours of the initiation of the wire of the remaining funds. Does that mean coin will be sent over the weekend? We are curious so we can make preparations on our end.

We are eager to complete this first transaction and proceed to the next tranche as soon as possible.

- Gerald

On Fri, Aug 24, 2018 at 1:36 PM Aaron Etra <aaron@etra.com> wrote:

Dear Tracy (on behalf of Dmitri Kaslov), Gerald and Brandon,


Dmitri enabled Tracy and me to speak with the transfer storage representative he named to discuss what might  be done to enable the delivery of BTC from Dmitri's wallet to Brandon's wallet, notwithstanding the lack of available additional funds.

1

After some discussion, the gentleman said that he would use his best efforts to secure the delivery of BTC from Dmitri's wallet to Brandon's wallet within some 16-18 hours if funds currently held in escrow were wired today. Dmitri has instructed me to do so and I am writing to all persons concerned in the transaction to ensure, in advance, that all are alerted and that there is no objection from anyone to my doing so, even though this procedure and any instructions or other communication from anyone other than Dmitri is not required by the arrangements in place and because nobody has brought forward additional funds..

Please be good enough to continue to cooperate with the efforts bring this transaction to the best conclusion possible, including by communicating with me, if you wish to provide input, by return of email (in light of the short time available to instruct the wire). .

With thanks and best regards,

Aaron

Aaron Etra, Esq.

As Paymaster

445 Park Avenue- 9th Floor

New York, NY 10022

Tel. +1-917-856-3500

Skype: indeva

## Aaron Etra

**From:**     Aaron Etra <aaron@etra.com>
**Sent:**     Wednesday, August 29, 2018 2:50 AM
**To:**       'Gerald Fong'
**Subject:**  RE: Legal Action Notice: Benthos Guarantee Clause

Hi Gerald,

I appreciate both the rationale for your having sent the notice and your courtesy ion writing to me this explanation for doing so.

As we have said to each other on a continuing basis, I believe all concerned want to establish and implement a working relationship beneficial to all.

Best,

Aaron

Aaron Etra, Esq.
445 Park Avenue- 9th Floor
New York, NY 10022
Skype: indeva

**From:** Gerald Fong [mailto:gerald@benthoscap.com]
**Sent:** Tuesday, August 28, 2018 7:20 PM
**To:** Aaron Etra
**Subject:** Re: Legal Action Notice: Benthos Guarantee Clause

Hey Aaron,

We've discussed this with Hugh and Tracy already. Just to let you know, our lawyers have advised that we should send this email enforcing the Guarantee Clause which Hugh signed because our funds have been locked up for so long, and at this point we're getting close to the time when our auditors and investors will hold us legally accountable for losing the funds. We remain enthusiastic about getting this deal done (both the tranche we've already initiated and, hopefully, many future tranches), but unfortunately we do need to pursue the avenues we have for ensuring that our bases are covered with our investors going forward. We're happy to discuss all this over the phone with you, as well.

Gerald

On Tue, Aug 28, 2018 at 4:16 PM, Gerald Fong <gerald@benthoscap.com> wrote:
Hello,

This email serves as notice that Benthos Master Fund, Ltd., represented by its CEO, Gerald Fong, is seeking funds in the amount of $5,000,000 USD, either in the form of Bitcoin or in the form of USD, from either Valkyrie Group, LLC, represented by its President, Brandon Austin, or Valhalla Venture Group, LLC, represented by its CEO, Hugh Austin, pursuant to the terms of the agreement signed by all three parties on August 4, 2018 with transaction code CDKTEBPA080218SUB. That agreement is attached to this email.

Section 16.4.6 of that agreement states:

GUARANTEE: It is understood that Valhalla, represented by Hugh Austin and his estate, will guarantee to make available to [Benthos] the sum of five million dollars USD, if and to the extent that [Benthos] has not received the BTC for which it has provided the funds for this transaction within 15 business days or a reasonable amount of time as agreed upon by both Parties, whichever is shorter, of such funds

1

being removed from escrow. Valhalla or Hugh Austin will make this payment available to [Benthos] immediately after such period and without recourse.

Aaron Etra, the escrow attorney for the transaction, removed Benthos's funds from escrow on August 7, 2018, which means that 15 business days have now passed without delivery of Bitcoin to Benthos. Accordingly, Benthos requests either that the Bitcoin to which it is entitled be delivered by Valkyrie according to the terms set out in the agreement, or, failing that, that $5,000,000 be delivered by Valhalla. Should neither occur by Thursday, August 30, 2018, at 5pm Eastern time, Benthos will pursue any and all actions legally afforded to it which are necessary in order to secure the funds from Valhalla.

All parties named in this email are included on this email, as well as Benthos's outside counsel from Seward & Kissel.

Gerald Fong
Benthos Master Fund, Ltd.
CEO

**Aaron Etra**

| | |
|---|---|
| **From:** | Aaron Etra <aaron@etra.com> |
| **Sent:** | Monday, October 8, 2018 2:42 PM |
| **To:** | 'Gerald Fong'; 'Tracy Evans' |
| **Cc:** | 'Steven Popofsky'; Brandon Austin (baustin@smallcapnation.com); Michael Hess (mhess@dorflaw.com) |
| **Subject:** | RE: Confirm $400k, Details of Second Buyer |

Gerald,

As you well know, the agreement to which Benthos is a party provides for the Escrow Agent to take instructions on the application of these funds from your contracting party. Under these circumstances, please direct your requests with respect to the Benthos funds to Valkyrie, who I am copying on this message, along with my attorney since you have copied yours.

With respect to the new buyer, the arrangement relevant to Benthos is that such buyer has required that the Escrow Agent have control over the wallet which receives the BTC, in order to ensure delivery to such buyer. Valkyrie has agreed to give the Escrow Agent such control for the delivery of all BTC, which includes the BTC to which Benthos is entitled for the funds it has provided. I trust that Benthos will be pleased with these arrangements, achieved after the considerable effort to find the funds needed to achieve the release of the 1,000 BTC minimum, which were not forthcoming from Benthos and Valkyrie. The relevant details of this process will be conveyed to you as it progresses, without violating the confidence owed to the new buyer.

I hope you will appreciate the need for full cooperation on the part of all concerned, rather than unilateral demands or threats from lawyers, and wish to thank you in advance for doing so and enabling the resolution of this outstanding matter relevant to the initial BTC as collaboratively and expeditiously as possible

With thanks and best regards,

Aaron

Aaron Etra, Esq. as Escrow Agent
445 Park Avenue- 9th Floor
New York, NY 10022
Tel. +1-917-856-3500
Skype: indeva

**From:** Gerald Fong [mailto:gerald@benthoscap.com]
**Sent:** Monday, October 8, 2018 1:45 PM
**To:** Tracy Evans; Aaron Etra
**Cc:** Steven Popofsky
**Subject:** Confirm $400k, Details of Second Buyer

Hello Aaron and Tracy,

In light of the second buyer, we want a written confirmation that the $400k in Aaron's escrow will not be withdrawn in any capacity and that it will remain there until further instructions from us.

1

We would also like you to provide us with copies of all wiring information including the second buyer to Etra, receipt into Etra's account, and your instructions on Wednesday to send out the money.

- Gerald

## Aaron Etra

| | |
|---|---|
| **From:** | Aaron Etra <aaron@etra.com> |
| **Sent:** | Friday, October 12, 2018 9:16 PM |
| **To:** | Gerald Fong (gerald@benthoscap.com) |
| **Cc:** | Brandon Austin (baustin@smallcapnation.com); Tracy Evans (tracyevans7111@gmail.com) |
| **Subject:** | Benthos BTC Agreement with Valkyrie and Escrow ASgreement |

Gerald & Brandon,

Gerald, after the discussion we had with Tracy, I received the communication from your lawyer and one from the new buyer.

The new buyer conveyed word from Morgan Stanley Wealth Management in respect of his request to wire funds to me that: "We can accommodate this request and process with compliance on Monday morning."

I have asked Valkyrie for instructions regarding the request in the communication from you and your lawyer to send back the remaining escrowed funds, as, pursuant to your agreement with Valkyrie, instructions regarding such funds needs to come from Valkyrie.

I believe it is in the interests of all concerned for me, as Escrow Agent, to send the funds from the new buyer to the transfer storage house to achieve the release and delivery of the BTC due to Benthos and the new buyer with as few complications as possible. As the funds from the new buyer are to come to the account in which the remaining escrow funds from Benthos are held, I do not want to jeopardize the transfer out to the transfer storage from that account with making any other transfers depleting that account in advance or at the same time ,

Therefore, I request you, Brandon, on behalf of Valkyrie to not instruct me to make any transfers from the escrow funds other than to the transfer storage house until that transfer has been acknowledged and applied by the transfer storage house to the release and delivery of the applicable BTC. I further request you, Gerald, on behalf of Benthos, to agree with this approach and to so notify me and Valkyrie in writing.

Gerald, please also confirm that Benthos still wishes to receive the BTC to which it is entitled for the total funds it has escrowed, as I will be in control of the Valkyrie wallet for the disbursement of BTC delivered to that wallet. The message conveyed by your lawyer raised that as a question.

With thanks and best regards,

Aaron

Aaron Etra, Esq., as Escrow Agent
445 Park Avenue- 9th Floor
New York, NY 10022
Tel. +1-917-856-3500
Skype: indeva