# **Exhibit H**

Case # 18V 9401—USDC, Southern District

<u>Benthos Master Fund v. Etra and Evans</u>

Honorable Judge Deborah A. Batts, 24B

ANSWER TO QUESTION 5 in OSC DATED 10/15/18 REQUESTED OF TRACY EVANS

QUESTION 5

a. Dmitri Kaslov, this is the only name that I have ever known him as.
During the years, he has been in UK, Dubai, and Moscow. I used the UK number that he gave me +44 1173253719. I believe he has a Dubai number while he gave me when he was in Dubai, He had several heart surgeries that affected his voice strength, so we have not communicated by telephone during this time, but the UK number is the last number I have spoken to him on, and the same number I spoke to him all the time we worked with Valkrie LLC, the seller in the Benthos Contract. The contract we had with Mr. Kaslov with not with Benthos but the other company, Valkrie, LLC.

. Dmitri Kaslov,
Office address is Oktyabr'skiy Prospekt, kups1,112, Lyubertsy, Moskovskaya Oblast', Russia, 140002,
Home address at Lennisky Propest Dom 67/2 Ent 3, Kw 107. Moskovskaya Oblast', Russia
Tel.:+44 1173253719.
dmitri64-dmitri@mail.ru

b. Ming Huang Le, Storage Facilitator for Dmitri Kaslov's BTC assets.
HK Zhixuan Trading Limited,
Unit B, 6/F, Chemung Lee Industrial Building, 9 Chemung Lee Street,
Chairman Wan, Hong Kong 990777.
Tel: +44 870 945 2881 He travels most of the time and may have other numbers
Minh Hoang Le <lemunhhoangh06@gmail.com>

c. Do not know of any subsequent recipients.

d. Citibank is where they were sent from to Mr. Hoang at his assigned account for that transaction, which was HK Zhixuan Trading Limited twice, and First City one time, both at the instruction of asset owner, Dmitri Kaslov, but the First City wire was returned as it could not be properly credited to transaction.

*(signature)*
Tracy Evans 11/19/18