# **<u>Exhibit I</u>**

## Joshua K. Bromberg

| | |
|---|---|
| **From:** | Joshua K. Bromberg |
| **Sent:** | Monday, November 19, 2018 9:52 AM |
| **To:** | 'Aaron Etra' |
| **Cc:** | Steven Popofsky |
| **Subject:** | RE: Answer to the Questions in the 18 CV 9401 OSC Order |

Mr. Etra,

The documents and information you have provided are deficient.

We will give you until no later than 5 p.m. EST tonight to produce, as ordered by Judge Batts:

- "the written instructions upon which each transfer was made," (Order Show Cause, Dkt. 4 at ¶ 2(c))
- "any written confirmation received of each transfer;" (Order to Show Cause, Dkt. 4 at ¶ 2(d))
- "copies of all communications between and among any of [yourself], Valkyrie Group LLC, Valhalla Venture Group LLC, Brandon Austin, Hugh Austin, Tracy Evans, 'Dmitri,' and Ming Hoang Le, or any of their affiliates, representatives and/or agents, concerning the Bitcoin Agreement, the Escrow Agreement, and/or the funds deposited by Benthos into [your] IOLA account[.]" (Order to Show Cause, Dkt. 4 at ¶ 4(a))

Benthos reserves all rights.



**JOSHUA K. BROMBERG**
Kleinberg, Kaplan, Wolff & Cohen, P.C.
551 Fifth Avenue | New York, NY 10176
D: (212) 880-9895 | F: (212) 986-8866
jbromberg@kkwc.com
www.kkwc.com

---

**From:** Aaron Etra [mailto:aaron@etra.com]
**Sent:** Monday, November 19, 2018 8:44 AM
**To:** Steven Popofsky
**Cc:** Joshua K. Bromberg; michaelhess118@gmail.com; Tracy Evans
**Subject:** FW: Answer to the Questions in the 18 CV 9401 OSC Order

Mr. Popofsky,

I am attaching my answer to all the questions Judge Batts has ordered to be provided (with supporting material) and I am doing so before 10.00am on November 20, 2018.

I am reserving all rights and remedies afforded in the agreements entered into by Benthos Master Funds, Ltd. on August 1 and August 2, 2018 with Valkyrie Group LLC and myself, as Escrow Agent and applicable law.

Best,

Aaron Etra, Esq., as Escrow Agent
445 Park Avenue- 9th Floor
New York, NY 10022
Tel. +1-917-856-3500
Skype: indeva