# **Exhibit J**

## Joshua K. Bromberg

**From:** Aaron Etra <aaron@etra.com>
**Sent:** Monday, November 19, 2018 10:44 AM
**To:** Joshua K. Bromberg
**Cc:** Steven Popofsky; michaelhess118@gmail.com; Tracy Evans
**Subject:** RE: Answer to the Questions in the 18 CV 9401 OSC Order

Mr. Bromberg,

I note that Mr. Popofsky has left the country at this very time, when he had threatened us both in and outside of court and in his communication of last Thursday. You are now continuing this threatening approach notwithstanding full cooperation and fulfillment of the requirements of the Order from Judge Batts.

Regarding your points:

1. Attached to my Answer were the three written instructions for the three transfers (the only additional transfer was to your firm last Thursday);
2. The only confirmation of each transfer was the full print outs from Citibank (including the Global Reference number), each one of which was attached to my Answer;
3. Provided to you as another attachment to my Answer were copies of my correspondence regarding the Benthos escrow funds;
4. The clear conclusion is that there is no deficiency in what has been provided to your firm.

I can only conclude that you are continuing to harass me personally on this matter with no basis for doing so as I have been rendering continuing service, far in excess of that called-for as Escrow Agent, for no personal gain from your client but rather for their benefit and that of the party with whom they contracted.

I reserve the right to seek redress from the action of your now absent colleague and yourself.

Aaron Etra, Esq. as Escrow Agent
445 Park Avenue- 9th Floor
New York, NY 10022
Tel. +1-917-856-2500
Skype: indeva

---

**From:** Joshua K. Bromberg [mailto:JBromberg@kkwc.com]
**Sent:** Monday, November 19, 2018 9:52 AM
**To:** Aaron Etra
**Cc:** Steven Popofsky
**Subject:** RE: Answer to the Questions in the 18 CV 9401 OSC Order

Mr. Etra,

The documents and information you have provided are deficient.

We will give you until no later than 5 p.m. EST tonight to produce, as ordered by Judge Batts:

- "the written instructions upon which each transfer was made," (Order Show Cause, Dkt. 4 at ¶ 2(c))
- "any written confirmation received of each transfer;" (Order to Show Cause, Dkt. 4 at ¶ 2(d))
- "copies of all communications between and among any of [yourself], Valkyrie Group LLC, Valhalla Venture Group LLC, Brandon Austin, Hugh Austin, Tracy Evans, 'Dmitri,' and Ming Hoang Le, or any of their affiliates, representatives and/or agents, concerning the Bitcoin Agreement, the Escrow Agreement, and/or the funds deposited by Benthos into [your] IOLA account[.]" (Order to Show Cause, Dkt. 4 at ¶ 4(a))

Benthos reserves all rights.

**KLEINBERG KAPLAN**

**JOSHUA K. BROMBERG**
Kleinberg, Kaplan, Wolff & Cohen, P.C.
551 Fifth Avenue, New York, NY 10176
D: (212) 880-9895 | F: (212) 986-8866
jbromberg@kkwc.com
www.kkwc.com

---

**From:** Aaron Etra [mailto:aaron@etra.com]
**Sent:** Monday, November 19, 2018 8:44 AM
**To:** Steven Popofsky
**Cc:** Joshua K. Bromberg; michaelhess118@gmail.com; Tracy Evans
**Subject:** FW: Answer to the Questions in the 18 CV 9401 OSC Order

Mr. Popofsky,

I am attaching my answer to all the questions Judge Batts has ordered to be provided (with supporting material) and I am doing so before 10.00am on November 20, 2018.

I am reserving all rights and remedies afforded in the agreements entered into by Benthos Master Funds, Ltd. on August 1 and August 2, 2018 with Valkyrie Group LLC and myself, as Escrow Agent and applicable law.

Best,

Aaron Etra, Esq., as Escrow Agent
445 Park Avenue- 9th Floor
New York, NY 10022
Tel. +1-917-856-3500
Skype: indeva

*********************************************************************************
CONFIDENTIALITY NOTICE:
This email together with any attachments is confidential, intended for only the recipient(s) named above and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this email in error, or are not the named recipient(s), you are hereby notified that any use, dissemination, distribution or copying of this email or any attachments is strictly prohibited. Please immediately notify the sender at postmaster@kkwc.com and delete this email and any attachments from your computer. You should not retain, copy or use this email or any attachments for any purpose, or disclose all or any part of the contents to any person.

Thank You.

Kleinberg, Kaplan, Wolff & Cohen, P.C. reserves the right to monitor all email communications through its networks.

For additional information about Kleinberg, Kaplan, Wolff & Cohen, P.C., including a list of attorneys, please see our website at www.kkwc.com.