UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BENTHOS MASTER FUND, LTD.,

                              Petitioner,

          - against -

AARON ETRA and
JANE DOE, A/K/A "TRACY EVANS,"

                        Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 18-cv-9401

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK        )
                               ) ss.:
COUNTY OF NEW YORK    )

       **JOSHUA K. BROMBERG,** being sworn, states as follows:

       1.     I am not a party to the action, am over 18 years of age and reside in Kings County, New York.

       2.     On November 20, 2018, I served true and correct copies of (i) the Notice of Motion for Contempt and Sanctions [Dkt.15]; (ii) the Declaration of Joshua K. Bromberg and accompanying Exhibits A through K [Dkt. 16 through 16-11 inclusive]; and (iii) the Memorandum of Law in Support of Petitioner's Motion for Contempt and Sanctions [Dkt. 17] by sending the aforesaid papers by electronic mail delivery to Respondents Etra and Evans at the email addresses from which Etra and Evans, respectively, have emailed me.

                                          Joshua K. Bromberg

Sworn to before me this 21st
day of November 2018

_____
Notary Public

REGINA DISTADIO
Notary Public, State of New York
No. 01DI6308601
Qualified in New York County
Commission Expires July 28, 2022

1