# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| BENTHOS MASTER FUND,LTD | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 18-cv-9401 (DAB) |
| AARON ETRA and JANE DOE, A/K/A "TRACY EVANS" | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Aaron Etra .

Date: 11/26/2018

David S. Hammer
*Attorney's signature*

David S. Hammer (DH 9957)
*Printed name and bar number*
500 Fifth Avenue
34th Floor
New York, NY 10110

*Address*

davyh@aol.com
*E-mail address*

(212) 941-8118
*Telephone number*

(212) 764-3701
*FAX number*