UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
Benthos Master Fund, Ltd.,

             Plaintiff,

       v.                 18-CV-9401 (DAB)
                             ORDER

Etra et al.,

             Defendants.
-------------------------------------------X
DEBORAH A. BATTS, United States District Judge.

     On October 15, 2018, Judge Castel granted Plaintiff's
Petition for an Order to Show Cause and Temporary Restraining
Order. (ECF No. 4, "October 15th Order".) On October 19, 2018,
this Court issued an Order which, inter alia, directed
Defendants to provide to Plaintiff the documents and information
demanded in the October 15th Order. (Id. No. 8, "October 19th
Order".)

     On November 15, 2018, this Court held a Hearing at which
the Court once again ordered Defendants to provide the documents
and information demanded in the October 15th Order. On November
20, 2018, Plaintiff submitted a Motion to Find Respondent Aaron
Etra in Civil Contempt and Award Sanctions. (Id. No. 15.)

     On November 26, 2018, attorney for Defendant Aaron Etra,
Mr. David S. Hammer, submitted a Declaration to the Court
attesting under penalty of perjury that his client had fully
complied with this Court's Orders. (Id. No. 20.) On November 27,

2018, Plaintiff submitted a letter to the Court alleging that Mr. Etra had not fully complied with the October 19th Order. (Id. No. 21.) On November 28, 2018, Mr. Hammer submitted a letter to the Court reaffirming that Mr. Etra was in full compliance with the October 19th Order. (Id. No. 22.)

Within 10 days of the date of this Order, Plaintiff shall inform the Court of the specific information Plaintiff in good faith believes to be missing from Mr. Etra's submission such that he is not in compliance with this Court's October 19th Order.

SO ORDERED.

DATED:      November 29, 2018
            New York, NY

Deborah A. Batts
United States District Judge

2