

*Direct Dial: 212.880.9882*
*E-Mail: spopofsky@kkwc.com*

June 26, 2019

**BY ECF**

Hon. Deborah A. Batts
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 24B
New York, NY 10007

           Re:  **Benthos v. Etra and Evans, Case No. 18-cv-9401 (DAB)**

Dear Judge Batts:

      We represent the petitioner, Benthos Master Fund, Ltd. ("Petitioner"), in the above-referenced proceeding. The Order to Show Cause for Temporary Restraining Order and Preliminary Injunction, dated October 15, 2018 (Dkt. 4) (the "October 15 Order"), ordered Petitioner to post a security bond in the amount of $4,000 by October 17, 2018. In accordance with the October 15 Order, Petitioner's attorneys, Kleinberg, Kaplan, Wolff & Cohen, P.C., posted a security bond in the amount of $4,000 on behalf of Petitioner with the Clerk of Court on October 17, 2018. On June 20, 2019, this Court entered the Memorandum & Order (Dkt. 30) directing the Clerk of Court to terminate this matter.

      We were advised by the clerk's office that to request the return of the security bond, Petitioner must obtain an order directing the Clerk of Court to return the security bond to the payor. Accordingly, we respectfully request that this Court enter the enclosed proposed order and direct the Clerk of Court to return the security bond, in the amount of $4,000, to Kleinberg, Kaplan, Wolff & Cohen, P.C., attorneys for Petitioner.

      Thank you.

                                                                           Respectfully yours,

                                                                           Steven R. Popofsky

cc:      Counsel of record (via ECF)

Kleinberg, Kaplan, Wolff & Cohen, P.C.  ·  551 Fifth Avenue, New York, NY 10176  ·  P: 212.986.6000  ·  www.kkwc.com