UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BENTHOS MASTER FUND, LTD.,

                 Petitioner,                  Case No. 18-cv-9401 (DAB)

- against -

AARON ETRA and JANE DOE, A/K/A        [PROPOSED] ORDER FOR THE
"TRACY EVANS"                                      RETURN OF SECURITY BOND

                 Respondents.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       The Order to Show Cause for Temporary Restraining Order and Preliminary Injunction, dated October 15, 2018 (the "October 15 Order"), having directed Benthos Master Fund, Ltd. ("Petitioner") to post a security bond in the amount of $4,000, by October 17, 2018;

       In accordance with the October 15 Order, Petitioner having posted a security bond with the Clerk of Court in the amount of $4,000, by and through its attorneys Kleinberg, Kaplan, Wolff & Cohen, P.C., on October 17, 2018;

       Subsequently, this Court having entered the Memorandum & Order, dated June 20, 2019, directing the Clerk of Court to terminate this matter,

       **IT IS HEREBY ORDERED** that the Clerk of Court shall return the security bond deposited with the Clerk of Court in the amount of $4,000, together with interest, if any, payable to the attorneys for Petitioner at:

                Kleinberg, Kaplan, Wolff & Cohen, P.C.
                551 Fifth Avenue, 18th Floor
                New York, New York 10176
                Attn.:  Steven R. Popofsky

Dated:       June __, 2019

                                   SO ORDERED:

                                   _____
                                          U.S.D.J.