UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
BENTHOS MASTER FUND, LTD.,

                Petitioner,

- against -

AARON ETRA and JANE DOE, A/K/A
"TRACY EVANS"

                Respondents.
------------------------------------------------------- x

Case No. 18-cv-9401 (DAB)

[PROPOSED] ORDER FOR THE
RETURN OF SECURITY BOND

The Order to Show Cause for Temporary Restraining Order and Preliminary Injunction, dated October 15, 2018 (the "October 15 Order"), having directed Benthos Master Fund, Ltd. ("Petitioner") to post a security bond in the amount of $4,000, by October 17, 2018;

In accordance with the October 15 Order, Petitioner having posted a security bond with the Clerk of Court in the amount of $4,000, by and through its attorneys Kleinberg, Kaplan, Wolff & Cohen, P.C., on October 17, 2018;

Subsequently, this Court having entered the Memorandum & Order, dated June 20, 2019, directing the Clerk of Court to terminate this matter,

**IT IS HEREBY ORDERED** that the Clerk of Court shall return the security bond deposited with the Clerk of Court in the amount of $4,000, together with interest, if any, payable to the attorneys for Petitioner at:

        Kleinberg, Kaplan, Wolff & Cohen, P.C.
        551 Fifth Avenue, 18th Floor
        New York, New York 10176
        Attn.: Steven R. Popofsky

Dated: July 2, 2019

SO ORDERED:

_Deborah A. Batts_
U.S.D.J.